IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. **06-30098-DRH** |
| ) | |
| **AJIT TRIKHA,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

**PROUD, Magistrate Judge:**

The parties appeared before the court on October 16, 2006, for a hearing on the government's motion to revoke bond. **(Doc. 16).**

After a lengthy conference with counsel, the court **DENIES** the motion to revoke bond. **(Doc. 16)**. However, the court orders the condition of defendant's release modified as follows:

1. Defendant shall report *in person* once a week to the United States Probation Office, Eastern District of Missouri.

2. By the close of business on Friday, October 20, 2006, defendant shall surrender any and all photographs in his possession that depict Carolin Ehlers-Johns to United States Probation Officer Jane Weaver of the Southern District of Illinois. In addition, defendant shall destroy all electronic images of Carolin Ehlers-Johns in his possession or under his control.

**IT IS SO ORDERED.**

**DATE: October 16, 2006.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**