IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AJIT TRIKHA, and
TRX HEALTH SYSTEMS, P.C.,

    Defendants.                                      Case No. 06-CR-30098-DRH

## ORDER

**HERNDON, District Judge:**

        This matter is before the Court on defendant Ajit Trikha's Motion for Disclosure of Grand Jury Transcripts (Doc. 45). In his Motion, Defendant states that although he is not legally entitled to disclosure pursuant to Federal Rules of Criminal Procedure 6(e)(3)(E)(i) and 16(a), he requires the transcripts in order to adequately prepare for trial (as he believes two employees of defendant TRX Healthy Systems testified before the grand jury) (*Id*. at ¶¶ 1-3). Defendant also states that the Government told his counsel it would agree to an early disclosure of the grand jury transcripts "for any agent, employee, director or officer of [defendant] TRX Healthy Systems, P.C." (*Id*. at ¶ 4). As such, the Government will not oppose this Motion (*Id*. at ¶ 5).

        Pursuant to Federal Rules of Criminal Procedure 16(a)(3) and

1

16(a)(1)(E)(I), and because it is necessary for the Defendant's preparation of his defense and also as the Government is in agreement, defendant Trikha's Motion (Doc. 45) is hereby **GRANTED**.  Pursuant to this Order, the assigned counsel for the Government shall disclose to defendant Trikha's counsel the grand jury transcripts relating to this case "for any agent, employee, director or officer of [defendant] TRX Healthy Systems, P.C." Disclosure shall be made as soon as practicable.  If a dispute arises regarding the timeliness of disclosure, Defendant's counsel shall file the appropriate motion with this Court.

      **IT IS SO ORDERED.**

      Signed this 1st day of March, 2007.

    /s/      David   RHerndon
**United States District Judge**