IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AJIT TRIKHA, and TRX HEALTH SYSTEMS, P.C.,

    Defendants.                      Case No. 06-CR-30098-DRH

## ORDER

**HERNDON, Chief Judge:**

        Defendants have filed a Motion (Doc. 76) seeking to Continue their November 16, 2007 Sentencing Hearing. The Motion states that the Government does not object to a continuance. Defendants seek a continuance because the Presentence Investigation Report ("PSR") recommends a sentence twice the length of what Defendants claim was "envisioned" in their Plea Agreement. Therefore, Defendants feel the PSR "is inconsistent with the negotiations which took place before the plea was consummated" thereby requiring "additional study of the records." Defendants' Motion to Continue Sentencing (Doc. 76) is **GRANTED**. The Sentencing Hearings for both Defendants is hereby rescheduled for **March 20, 2008 at 1:30 p.m.** The parties should note that this hearing is set for three (3) hours.

        **IT IS SO ORDERED**.

        Signed this 24th day of October, 2007.

                                  /s/     DavidRHerndon
                               **Chief Judge**
                               **United States District Court**