IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AJIT TRIKHA and
TRX HEALTH SYSTEMS, P.C.,

    Defendants.                                 Case No. 06-cr-30098-DRH

## ORDER

**HERNDON, Chief Judge:**

        Defendants have filed a Motion (Doc. 82) seeking to Continue their March 20, 2008 Sentencing Hearing, as co-counsel for Defendants has an inalterable scheduling conflict. For good cause, Defendants' Motion to Continue Sentencing (Doc. 82) is **GRANTED**. The Sentencing Hearings for both Defendants is hereby rescheduled for **April 3, 2008 at 9:00 a.m.** The parties should note that the Court has allowed four hours' time for the hearing, if needed.

        **IT IS SO ORDERED**.

        Signed this 4th day of February, 2008.

                                            /s/    David R Herndon
                                            **Chief Judge**
                                            **United States District Court**