IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 06-CR-30098-DRH |
| AJIT TRIKHA, M.D., and TRX HEALTH SYSTEMS, P.C., | ) | |
| Defendants. | ) | |

## ORDER

Upon Motion of the Government, the Court hereby dismisses with prejudice Count 3 of the Superseding Indictment as to defendant Ajit Trikha only.

SO ORDERED.

DATE: April 4, 2008.

/s/ David R Herndon
DAVID R. HERNDON, Chief Judge
United States District Court